FILED

OCT 16 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

AO 243 (Rev. 01/15) 

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | | District |
|---|---|---|
| Name *(under which you were convicted)*: Karen Mae Lee | | Docket or Case No.: 5A15CR638(2) DAE |
| Place of Confinement: F M C Carswell, Fort Worth, TX. | Prisoner No.: 574 09 380 | |
| UNITED STATES OF AMERICA | V. | Movant *(include name under which convicted)* Karen Mae Lee |

SA17CA1042DAE

MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

United States District Court 727 E. Durango Blvd., Suite A-500
Western Texas, District Clerk San Antonio, TX. 78206

(b) Criminal docket or case number (if you know): 5A15CR638 (2) DAE

2. (a) Date of the judgment of conviction (if you know): 4/25/2016

(b) Date of sentencing: 4/25/2016

3. Length of sentence: 240 months

4. Nature of crime (all counts):

Production of Child Pornography

Conspiracy to Human Trafficking of a Minor

5. (a) What was your plea? (Check one)

(1) Not guilty ☐ (2) Guilty ☒ (3) Nolo contendere (no contest) ☐

(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

Production of Child Pornography - Guilty

Conspiracy to Human Trafficking of a Minor - Not Guilty

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☐ Judge only ☒

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ☐ No ☒

8. Did you appeal from the judgment of conviction? Yes ☐ No ☒

9. If you did appeal, answer the following:
   (a) Name of court: N/A
   (b) Docket or case number (if you know):
   (c) Result:
   (d) Date of result (if you know):
   (e) Citation to the case (if you know):
   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court? Yes [ ] No [X]
   If "Yes," answer the following:
   (1) Docket or case number (if you know):
   (2) Result:
   (3) Date of result (if you know):
   (4) Citation to the case (if you know):
   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes [ ] No [X]

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: N/A
    (2) Docket or case number (if you know):
    (3) Date of filing (if you know):
    (4) Nature of the proceeding:
    (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes [ ] No [X]

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:

(2) Docket of case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes [ ] No [X]

(7) Result:

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes [ ] No [X]

(2) Second petition: Yes [ ] No [X]

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

My Attorney told me that (quote) "It did not matter what I said, or did, because I had no choice" He said I signed away my appeals.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Guideline Enhancement USSG 2G2.1 (b) (1) (B) states that the offense involved a minor over 12 years and under 16 years of age.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I had no way of knowing that this minor was not 18 years of age. A friend brought her to my home, she told me she was 18 years old and she even showed me her "Skout" account online where she had posted pictures of herself in an effort to find boyfriends. You must be 18 years old to have a "Skout" account. The minor looked and acted older than 18 years of age. I believe that this guideline enhancement was wrongly added to my points during sentencing. I would ask that you grant me relief on this issue.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

My attorney refused my request to raise this issue several times.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐ No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

I tried many times to get my attorney to raise this issue. My family even tried to ask my attorney to argue this point. As there was absolutely no proof that I knew she was under age.

**GROUND TWO:** Guideline Enhancement USSG 2G2.1 (b) (2) (A) states that it was a commission of a sexual act or sexual contact.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Again, I had no idea that this girl was under 18 years of age. Her boyfriend, (my drug dealer) brought her to my home, they were sitting on my couch. She was sitting in his lap facing him naked. He asked me to take a picture of them and I did. I would ask for relief on this issue as I believe the enhancement was wrongly added during my sentencing.

I knew this girl for all of 5 days. She told me she was 18 and I believed her lies. I don't feel that I deserve 20 years in prison for this mistake.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

My attorney told me that it would do me no good to mention any of this. He said it did not matter.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes [ ] No [X]

(4) Did you appeal from the denial of your motion, petition, or application?

Yes [ ] No [X]

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes [ ] No [X]

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

My attorney told me that I had signed away all my rights to appeal anything.

**GROUND THREE:** Guideline Enhancement USSG 2S2.1 (b) (4) states that the offense involved material that portrayed sadistic or masochistic conduct

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

This enhancement implies that I purposely humiliated or exploited this minor. Again, I did not know she was a minor. There is no basis for this enhancement because even though I did take the 5 photos I did not initiate the photo taking, I did not sent it to anyone, I did not promote the photo in any way. In fact, I deleted the photo.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes [ ] No [X]

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes [ ] No [X]

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes [ ] No [X]

(4) Did you appeal from the denial of your motion, petition, or application?
Yes [ ] No [X]

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes [ ] No [X]

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

My attorney told me I had no more rights to appeal.
He told me it would not do me any good to raise these issues.

**GROUND FOUR:** Ineffective Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(A) Counsel failed to raise potential grounds of error in initial investigation, no matter how many times I told him things were wrong.
(B) Counsel refused to defend my rights in any way.
(C) Counsel refused to raise questions about substantial errors that were made during interrogations.
(D) Counsel failed to communicate/defend his client, therefore did not implement a reasonable defense
(E) Counsel treated me as if I was automatically guilty and therefore he did not try to defend my charges
(F) Many times, Counsel told me that my defense did not matter, they could not help my case, and he would not argue my defense.
(G) Counsel did not allow my family to speak at my sentencing.

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes [ ] No [X]

(4) Did you appeal from the denial of your motion, petition, or application?

Yes [ ] No [X]

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes [ ] No [X]

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

My Attorney told me that it would do my no good to raise any of these issues. He said that I had signed all rights away to appeal.

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

Yes. All of the 4 grounds that I have listed in this motion have not been previously presented in federal court because my attorney that was assigned to me as my public defender refused to properly defend my case, by raising any of these issues before my sentencing. This is the first time I have been in trouble and I recieved 20 years for taking a picture of a girl that I didn't know was under age.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging? Yes [ ] No [X]

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing:

Jon Disrud

(b) At the arraignment and plea:

Jon Disrud

(c) At the trial:

N/A

(d) At sentencing:

Jon Disrud

(e) On appeal:

N/A

(f) In any post-conviction proceeding:

N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time? Yes [ ] No [X]

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes [ ] No [X]

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes [ ] No [X]

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

An attorney failure to satisfy professional standards by failing to communicate with his clients to implement a reasonable defense or request can constitute extraordinary circumstances warranting EQUITABLE TOLLING. (Hollana, 560 U.S. @ 649.53)

My reason for late filing warrant the exception for equitable tolling of statute of limitations because my attorney appointed to me by the court, (Jon Disrud) failed to defend my case on every level.

Therefore, movant asks that the Court grant the following relief:

A total of an 8 point reduction from her current 39 points, leaving 31 points

or any other relief to which movant may be entitled.

______________________________
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ______________________________.
(month, date, year)

Executed (signed) on ______________________________ (date)

Karen Lee
Signature of Movant

Karen Mae Lee

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Sworn to and subscribed before me, this 8th day of August 2017.

A. Arriaga
Notary Public

A. ARRIAGA
My Notary ID # 130793845
Expires August 24, 2020

MEMORANDUM

I only knew this minor girl for 5 days (from 7/3/2015-7/8/2015). An adult male who I use to purchase drugs from brought her over and introduced her as his girlfriend. They told me they met on a social media site called "SKOUT" (which you must be 18 to use). They both came and went from my place during those few days. On the first day they were sitting on my couch, she was straddling his lap facing him, when he text me and asked me to take pictures of them. I did take the picture, but I did not show it to anyone, nor did I send it to anyone. I deleted that photo from my phone. I had no idea I was committing a crime by taking this photo. If I had known this girl was a minor I would not of let her in my home at all.

During my interrogation I was under the influence of Xanax and meth. My judgement was very impaired. I didn't even know what day it was.

This girl had her own tablet with built in wifi. One day she showed me that she had taken naked photos of herself and posted them online in an effort to find men to make money. This is apparently how she met my drug dealer. All of this was done before I ever met her. I had nothing to do with it. I can prove this by looking at the dates on her posts. Her profile stated that she was 18 years old.

My attorney never tried to defend my case. He told me many times that it did not matter that I was under the influence and it did not matter that she lied about her age and I did not know she was under age. The factual basis is my plea agreement is not true, but he said tha it did not matter. He had me sign my plea agreement before he let me read the front of it, then he told me not to freak out. That if I did not plea to the pornography, I would get 30 years. If my attorney had tried at all to defend me I would not be serving 20 years in federal prison.

Please grant my request for relief on my 4 grounds/enhancements.

Thank You,

Karen Mae Lee

CERTIFICATE OF INMATE TRUST ACCOUNT

I, the undersigned authorized officer of the FMC - Caswell
(name of institution)
where Lee, K, Inmate ID No. 57409-380, is confined
(name of inmate)
as a prisoner, do hereby certify that:

(1) On this day the prisoner has in his account the sum of $ $0.14.

(2) During the past six months, the prisoner's:

Average monthly balance was $ $377.50.

Average monthly deposits to the prisoner's account were $ $377.50.

Attached is a certified copy of the prisoner's trust account statement (or institutional equivalent) showing transactions for the past six months.

Signed this 28th day of August, 20 17.

[signature] Trust Fund Specialist
Authorized Officer

FMC - Caswell
Institution of Confinement

Authorization

I, the undersigned inmate, authorize the institution where I am incarcerated to withdraw and forward to the court any initial partial filing fee or appeal fee and any subsequent installments ordered by a Court under the *in forma pauperis* provisions of 28 U.S.C. § 1915.

Karen Lee 8/28/17
Signature of Prisoner/Plaintiff/Appellant
Inmate ID No. 57409380

Date: 08/28/2017
Time: 12:52:57 PM

Facility: CRW

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

**General Information**

| | | | |
|---|---|---|---|
| Inmate Reg#: | 57409380 | Living Quarter: | I01-141L |
| Inmate Name: | LEE, KAREN MAE | Arrived From: | OKL |
| Current Site Name: | Carswell FMC | Transferred To: | |
| Housing Unit: | CRW-I-N | Account Creation Date: | 5/25/2016 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CRW | 08/12/2017 08:30:56 PM | TL0812 | | | TRUL Withdrawal | ($2.00) | | $65.63 |
| CRW | 08/14/2017 06:59:40 AM | 22 | | | Sales | ($18.80) | | $46.83 |
| CRW | 08/15/2017 10:53:46 AM | TL0815 | | | TRUL Withdrawal | ($2.00) | | $44.83 |
| CRW | 08/15/2017 07:36:19 PM | TL0815 | | | TRUL Withdrawal | ($2.00) | | $42.83 |
| CRW | 08/17/2017 09:10:56 AM | TL0817 | | | TRUL Withdrawal | ($2.00) | | $40.83 |
| CRW | 08/20/2017 06:10:24 PM | TFN0820 | | | Phone Withdrawal | $8.20 | | $49.03 |
| CRW | 08/20/2017 06:11:19 PM | TFN0820 | | | Phone Withdrawal | ($5.00) | | $44.03 |
| CRW | 08/21/2017 10:03:20 AM | 33317233 | | | Western Union | $35.00 | | $79.03 |
| CRW | 08/21/2017 10:03:20 AM | 33317233 | | | Pre-Release Transaction | | $0.00 | |
| CRW | 08/21/2017 11:50:57 AM | 67 | | | Sales | ($71.89) | | $7.14 |
| CRW | 08/21/2017 03:21:36 PM | TL0821 | | | TRUL Withdrawal | ($2.00) | | $5.14 |
| CRW | 08/22/2017 02:51:30 PM | TL0822 | | | TRUL Withdrawal | ($2.00) | | $3.14 |
| CRW | 08/28/2017 10:31:35 AM | TFN0828 | | | Phone Withdrawal | ($3.00) | | $0.14 |
| | **Total Transactions:** | **394** | | | **Totals:** | **$0.05** | **$0.09** | |

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CRW | $0.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.14 |
| **Totals:** | **$0.14** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.14** |

Date: 08/28/2017
Time: 12:52:57 PM

Facility: CRW

# Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 57409380 | Living Quarter: | I01-141L |
| Inmate Name: | LEE, KAREN MAE | Arrived From: | OKL |
| Current Site Name: | Carswell FMC | Transferred To: | |
| Housing Unit: | CRW-I-N | Account Creation Date: | 5/25/2016 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance -Prev. 30 Days | Average Balance- Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $2,265.00 | $2,278.38 | $70.45 | $300.13 | $83.92 | N/A | N/A |