Karen Lee
57409380
Federal Medical Center Carswell
P.O. Box 27137
Fort Worth, TX 76127

SAN ANTONIO PSDC 782 ZIP
FRI 13 OCT 2017 AM

⇔57409-380⇔
Western District Court
727 United States Courthouse
US District Court
SAN Antonio, TX 78206
United States

RECEIVED
OCT 1 6 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY DEPUTY