**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT of TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES of AMERICA,** | § | |
| | § | |
| **Plaintiff-Respondent** | § | **Civil Action** |
| | § | **No. SA-17-CA-1042-DAE** |
| **v.** | § | |
| | § | **Criminal Case** |
| **KAREN MAE LEE, BoP # 574-09-380,** | § | **No. SA-15-CR-638(2)-DAE** |
| | § | |
| **Defendant-Movant** | § | |

# JUDGMENT

Pursuant to this Court's Dismissal Order, Defendant Karen Mae Lee's 28 U.S.C. § 2255 Motion to Vacate Federal Sentence is **DENIED** and **DISMISSED WITH PREJUDICE**.

**DATED:** November 28, 2017

**DAVID A. EZRA**
**Senior United States District Judge**