**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **KAREN MAE LEE,** **#57409-380,** | § § § | |
| **V.** | § | **SA-15-CR-638-DAE-2** |
| **UNITED STATES OF AMERICA** | § § | |

**ORDER OF DISMISSAL**

Before the Court is Movant Karen Mae Lee's letter docketed as a *pro se* "Motion for Miscellaneous Relief." (ECF No. 121). In the Motion, Lee challenges her conviction and sentence for production of child pornography. Although Lee did not label the Motion as such, 28 U.S.C. § 2255 provides the primary means of collateral attack on a federal sentence. *Tolliver v. Dobre*, 211 F.3d 876, 877 (5th Cir. 2000). Lee has previously challenged her conviction in a Motion to Vacate, Set Aside, or Correct Sentence pursuant to § 2255, which this Court denied and dismissed with prejudice on November 28, 2017. (ECF Nos. 98, 99 & 100). In 2020, Lee filed two subsequent motions challenging her sentence, which this Court construed as § 2255 motions and dismissed without prejudice as successive. (ECF Nos. 102, 103, 104, 111, 112 & 113). Because in the pending Motion for Miscellaneous Relief, Lee again seeks to challenge her sentence and conviction, the Court construes the Motion as a Motion to Vacate pursuant to 28 U.S.C. § 2255.

Section 2255 provides that before a second or successive motion to vacate, set aside, or correct sentence is filed in the district court, a movant must move in the appropriate court of appeals for an order authorizing the district court to consider the motion. *See* 28 U.S.C. §§ 2255, 2244(b)(3). Pursuant to the amendments to §§ 2255 and 2244(b), the Court finds Lee's successive motion should be dismissed because Lee has not obtained prior approval to file a successive motion. *See United States v. Fulton*, 780 F.3d 683 (5th Cir. 2015) (holding the district court does

not have jurisdiction to consider a successive § 2255 motion and remanding to the district court with instructions to dismiss the successive motion for want of jurisdiction). Lee failed to present an order to this Court from the Fifth Circuit Court of Appeals authorizing the filing of this successive Motion; therefore, this Court lacks jurisdiction to proceed with this § 2255 Motion.

**IT IS THEREFORE ORDERED** that the Court construes Movant Karen Mae Lee's "Motion for Miscellaneous Relief" (ECF No. 121) as a Motion to Vacate pursuant to 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall open a companion civil cause for this matter, in keeping with its practices for docketing new motions to vacate pursuant to 28 U.S.C. § 2255 and shall file a copy of this Order in the new cause.

Finally, **IT IS ORDERED** that, to the extent Lee seeks to set aside her sentence and conviction, in whole or in part, her motion to vacate pursuant to 28 U.S.C. § 2255 is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction and a certificate of appealability is **DENIED**.

**SIGNED** the 29th day of April 2026.



DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE